# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### COMPLAINT FORM

MAR 9 2022 AM10:47
FILED - USDC

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Maravese Hines

v.

Case No. 3:22cv368(AWT)
(To be supplied by the Court)

Bridgeport hospital // Yale New haven hospital // Skull & bones Association, Saint vincents hospital.

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Maravese Hines / Self is a citizen of CT who
   (Plaintiff)                              (State)
   presently resides at 1635 Central Ave Bridgeport.
                        (mailing address)

2. Defendant Bridgeport hospital / Skull & Bones Association is a citizen of CT
   (name of first defendant)                                                 (State)
   whose address is 267 Grant Street.

3. Defendant _Saint Vinchenphospit_ is a citizen of _CT_
   (name of second defendant)                              (State)

whose address is _2400 Muin Street_ .

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_double jepeady. ~~and~~_

## C. NATURE OF THE CASE
**BRIEFLY** state the background of your case.

_Theylcheus / ready Bridgeport hospital Basically double Jeperody / duplication of Rights violation and pirating insurance / following black science without paying proper Amounts to black African American's Native American's. Stealing Creation's that don't_

2

belong to them through science experiments.
And having pascodec na passwords into to my accounts with outplaying me for my work.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

black people caucasins/haspanics Drigscoft Black

**Claim I:** Pirating and duplicating Rights by Science and political science thorugh following Sigh's then Claiming people are Crazy Beuge of Mental health diagnosis illegally.

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

haspanics caucasins duplicating insurance and cross Refrencing Bridgeport hosp. fall black people and Selling info Without my consent and Saying they creating things thrugh bill of Rights Using different Mukmass's thrugh black people and falsly Creating Situation's that are violating thrugh force in Fratry and Steeling using Science.

**Claim II:** Schdeing into and Selling out info in suring. Itspanics/Geocasin's Cross Checking insurances and Selling info without paying and creating recontifico tants w's Without auth. If So they didnt pay me for my facts work.

**Supporting Facts:**

I'm a Freedom writer/Rider.

3



**E. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

Check's, Cash proceed's, insurance ~~Premiems~~ Premium's in my name for Helping raised fund for the ~~state~~ State's/Communities. ~~[scribble]~~ TEX Write OFF, private protection Giving me my rights back/password's orders/Cash payouts... information to my Accts./Private protections on them as well.

**F. JURY DEMAND**
Do you wish to have a jury trial? Yes   (No)

_____        *Self*
Original signature of attorney (if any)   *Mcrose Hnes*
                                          **Plaintiff's Original Signature**

*Mcrovese Hines*
Printed Name                              Printed Name

( )                                       ( )
Attorney's full address and telephone     Plaintiff's full address and telephone

                                          *1435 Central Ave Bridgeport*
                                          *CT 06610 4th flr*
Email address if available                Email address if available
                                          *Mcrovesel1992@gmail.*
                                          *Com*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
            (location)                 (date)

_____
Plaintiff's Original Signature

(Rev.3/29/16)

5