UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
MARQUESE HINES,                 :
                                :
       Plaintiff,               :
                                :
v.                              :
                                :
SKULL AND BONES ASSOCIATION,    :
BRIDGEPORT HOSPITAL, YALE NEW   :  Civil No. 3:22-cv-226 (AWT)
HAVEN HOSPITAL, SAINT VINCENT'S :
HOSPITAL/HOLBROOK, TELLY HINES, :
SHEMEKA HINES, POLICE           :
DEPARTMENT, and SUPERIOR COURT  :
HOUSE,                          :
                                :
       Defendants.              :
------------------------------- x

------------------------------- x
MARQUESE HINES,                 :
                                :
       Plaintiff,               :
                                :
v.                              :
                                :  Civil No. 3:22-cv-228 (AWT)
JOE GANIM, CAUCASIN SUPREMECY,  :
FEDERAL COURTHOUSE, WITNESS     :
PROTECTION PROGRAM, and         :
BRIDGEPORT HOSPITAL,            :
                                :
       Defendants.              :
------------------------------- x
```

```
------------------------------ x
MARQUESE HINES, TELLY HINES, and :
SHIMEKE HINES,                   :
                                 :
          Plaintiffs,            :
                                 :
v.                               :
                                 : Civil No. 3:22-cv-327 (AWT)
POLICE DEPARTMENT, VISIN         :
MANAGEMENT, BLUE FLAME           :
PROTECTION SERVICES, and         :
SUPERIOR COURT HOUSE,            :
                                 :
          Defendants.            :
------------------------------ x

------------------------------ x
MARQUESE HINES,                  :
                                 :
          Plaintiff,             :
                                 :
v.                               :
                                 :
FBI, POLICE DEPARTMENT, U.S.     :
DISTRICT COURT OF NEW HAVEN,     : Civil No. 3:22-cv-341 (AWT)
SUPERIOR COURT PROSECUTORS,      :
WITNESS PROTECTION PROGRAM,      :
BRIDGEPORT HOSPITAL, and SAINT   :
VINCENTS HOSPITAL,               :
                                 :
          Defendants.            :
------------------------------ x

------------------------------ x
MARQUESE HINES,                  :
                                 :
          Plaintiff,             :
                                 :
v.                               :
                                 :
                                 : Civil No. 3:22-cv-368 (AWT)
BRIDGEPORT HOSPITAL, YALE NEW    :
HAVEN HOSPITAL, SKULL & BONES    :
ASSOCIATION, and SAINT VINCENTS  :
HOSPITAL,                        :
                                 :
          Defendants.            :
------------------------------ x
```

```
------------------------------- x
MARQUESE HINES, SHEMEKA HINES,  :
and TELLY HINES,                :
                                :
         Plaintiffs,            :
                                :
v.                              :
                                :
STAMFORD COURTHOUSE, HEALTHCARE :
REFORM ACT, HEALTHCARE POLICIES,:
WITNESS PROTECTION PROGRAM,     :   Civil No. 3:22-cv-432 (AWT)
CELLPHONE CARRIER SERVICES      :
SYSTEMS, FBI, DEA, SKULL AND    :
BONES ASSOCIATION, SAINT        :
VINCENTS HOSPITAL, STAMFORD     :
HOSPITAL, NEW ENGLAND HEALTH    :
CARE, USPS BOX OFFICES, OPTIMUS :
HEALTH CARE, BRIDGEPORT FEDERAL :
COURTHOUSE, and COLOMBIA,       :
                                :
         Defendants.            :
------------------------------- x

------------------------------- x
MARQUESE HINES,                 :
                                :
         Plaintiff,             :
                                :
v.                              :
                                :   Civil No. 3:22-cv-507 (AWT)
JAIL DIVERSIONARY PROGRAM, COURT:
MARSHALS, MEDICAL PRESCRIBERS,  :
and BRIDGEPORT HOSPITAL,        :
                                :
         Defendants.            :
------------------------------- x
```

```
------------------------------- x
MARQUESE HINES and SHEMEKA         :
HINES,                             :
                                   :
           Plaintiffs,             :
                                   :
v.                                 :
                                   :
UNITED STATES, BRIDGEPORT          :  Civil No. 3:22-cv-545 (AWT)
HOSPITAL, SAINT VINCENTS           :
HOSPITAL, WITNESS PROTECTION       :
PROGRAM, SKULL & BONES             :
ASSOCIATION, FBI, JUDGES, and      :
SISTERS KIAS ALLO FROM,            :
                                   :
           Defendants.             :
------------------------------- x

------------------------------- x
MARQUESE HINES, TELLY HINES, and   :
SHEMEKA HINES,                     :
                                   :
           Plaintiffs,             :
                                   :
v.                                 :
                                   :
RAP INDUSTRY, SKULL AND BONES      :  Civil No. 3:22-cv-561 (AWT)
ASSOCIATION, JOE GANIM, BIZNET,    :
FAIRFIELD COUNTY CONN HOSPITAL,    :
FAIRFIELD COUNTY COURTHOUSE,       :
BRIDGEPORT HOSPITAL, and ROC       :
NATION,                            :
                                   :
           Defendants.             :
------------------------------- x
```

```
-------------------------------- x
MARQUESE HINES,                  :
                                 :
        Plaintiff,               :
                                 :
v.                               :    Civil No. 3:22-cv-606 (AWT)
                                 :
SHEMEKA HINES, JOE GANIM, DCF,   :
and WITNESS PROTECTION PROGRAM,  :
                                 :
        Defendants.              :
-------------------------------- x

-------------------------------- x
MARQUESE HINES,                  :
                                 :
        Plaintiff,               :
                                 :
v.                               :
                                 :
BRIDGEPORT HOSPITAL, SKULL &     :
BONES ASSOCIATION, BRIDGEPORT    :
POLICE, GEORGE BUSH              :    Civil No. 3:22-cv-622 (AWT)
ADMINISTRATION, SCOTTISH RITE,   :
SSI, CASH APP, DCF, JOE BIDEN,   :
CITIBANK, PEOPLES BANK,          :
MEDICARE, and BILL OF RIGHTS     :
MOVEMENT,                        :
                                 :
        Defendants.              :
-------------------------------- x

-------------------------------- x
MARQUESE HINES,                  :
                                 :
        Plaintiff,               :
                                 :
v.                               :    Civil No. 3:22-cv-637 (AWT)
                                 :
COMMISSIONER OF SOCIAL SECURITY, :
                                 :
        Defendant.               :
-------------------------------- x
```

```
------------------------------- x
MARQUESE HINES, SHAMEKA HINES,   :
and JAMICA CONTERTENT,           :
                                 :
          Plaintiffs,            :
                                 :
v.                               :
                                 :  Civil No. 3:22-cv-646 (AWT)
ELIZABETH, BILL OF RIGHTS,       :
ALEXEDOF, EUROPEAN, SAM,         :
HISPANIC CULTURE, TAX ACT, SSA,  :
and RIVERVIEW HOSPITAL,          :
                                 :
          Defendants.            :
------------------------------- x

------------------------------- x
MARQUESE HINES and TELLY HINES,  :
                                 :
          Plaintiffs,            :
                                 :
v.                               :
                                 :  Civil No. 3:22-cv-653 (AWT)
SKULL & BONES ASSOCIATIONS,      :
BRIDGEPORT HOSPITAL/YALE NEW     :
HAVEN HOSPITAL, and NEW HAVEN    :
POLICE DEPT,                     :
                                 :
          Defendants.            :
------------------------------- x

------------------------------- x
MARQUESE HINES and SHAMEKA       :
HINES,                           :
                                 :
          Plaintiffs,            :
                                 :
v.                               :  Civil No. 3:22-cv-666 (AWT)
                                 :
DISTRICT OF COLUMBIA and SKULL & :
BONES ASSOCIATIONS,              :
                                 :
          Defendants.            :
------------------------------- x
```

```
------------------------------- x
MARQUESE HINES, SHAMEKA HINES,   :
TELLY HINES, and CATHY,          :
                                 :
        Plaintiffs,              :
                                 :
v.                               :
                                 :  Civil No. 3:22-cv-691 (AWT)
SUPERIOR COURT HOUSE, NICHOLE    :
FEINBURG, CAROLINE WESTON,       :
CHRISTINE SCHWARTZSTEIN, and     :
THOMAS JUSTIN PAOLETTA,          :
                                 :
        Defendants.              :
------------------------------- x

------------------------------- x
MARQUESE HINES, SHAMEKA HINES,   :
and TELLY HINES,                 :
                                 :
        Plaintiffs,              :
                                 :
v.                               :
                                 :  Civil No. 3:22-cv-707 (AWT)
HISPANIC CULTURE, SOCIAL         :
SECURITY ADMIN, BRIDGEPORT       :
HOSPITAL, YALE NEW HAVEN         :
HOSPITAL, and HARTFORD           :
COURTHOUSE,                      :
                                 :
        Defendants.              :
------------------------------- x
```

```
------------------------------- x
MARQUESE HINES, TELLY HINES, and :
SHAMEKA HINES,                   :
                                 :
          Plaintiffs,            :
                                 :
v.                               :
                                 :
TELLY HINES, SHAMEKA HINES,      :  Civil No. 3:22-cv-731 (AWT)
SAINT VINCENT'S HOSPITAL, WALTER :
WRIGHT, BRIDGEPORT HOSPITAL,     :
STAMFORD HOSPITAL, SSI, SSA,     :
STAMFORD COURTHOUSE, and SKULL   :
AND BONES ASSOCIATION'S,         :
                                 :
          Defendants.            :
------------------------------- x

------------------------------- x
MARQUESE HINES, SHIMEKE HINES,   :
and CATHY HINES,                 :
                                 :
          Plaintiffs,            :
                                 :
v.                               :
                                 :  Civil No. 3:22-cv-771 (AWT)
PETER McSHANE, MOSES, SUPERIOR   :
COURT HOUSE, INSURANCES,         :
STAMFORD COURTHOUSE, and SOCIAL  :
SECURITY ADMINISTRATION,         :
                                 :
          Defendants.            :
------------------------------- x
```

```
------------------------------- x
MARQUESE HINES, SHEMEKA HINES,  :
and TELLY HINES,                :
                                :
        Plaintiffs,             :
                                :
v.                              :  Civil No. 3:22-cv-789 (AWT)
                                :
DAVID BONEPARTE, DEVIN          :
BONEPARTE, and THERESA          :
BONEPARTE,                      :
                                :
        Defendants.             :
------------------------------- x


------------------------------- x
MARQUESE HINES and SHAMEKA      :
HINES,                          :
                                :
        Plaintiffs,             :
                                :
v.                              :
                                :
YALE NEW HAVEN HOSPITAL,        :  Civil No. 3:22-cv-870 (AWT)
BRIDGEPORT HOSPITAL, CAUCASIAN, :
BILLS OF RIGHTS, BILL OF RIGHTS,:
SKULL AND BONES MEMBERS, 17 OF  :
EUROPEAN CHARLESTON CAC AND     :
OTHER, and EUROPEAN CHARLES ACT,:
                                :
        Defendants.             :
------------------------------- x
```

## JUDGMENT

These actions came on for consideration of the plaintiff's motions to proceed in forma pauperis before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motions and the full record of the case including applicable principles of law, the Court granted the motions to proceed in forma pauperis, but dismissed the cases pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court determined that the complaint in each of the above-captioned cases is frivolous and/or fails to state a claim upon which relief can be granted. It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing the above-captioned cases pursuant to 28 U.SC. § 1915(e) (2)(B), and the cases are closed.

Dated at Hartford, Connecticut, this 29th day of December, 2022.

DINAH MILTON KINNEY, Clerk

By /s/ Linda S. Ferguson
Linda S. Ferguson
Deputy Clerk

EOD: 12/29/2022